## DAVID SWEDBERG v. CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY.[1]

November 5, 1920.

No. 21,917.

**Negligence—questions for jury.**

Action for killing plaintiff's cow. Verdict for plaintiff. *Held*: The court did not err in refusing to direct a verdict for defendant and submitting the issues of negligence and contributory negligence to the jury. [Reporter.]

Action in the district court for Freeborn county to recover $90, the value of a cow killed by defendant's train at a place where its right of way was unfenced. The answer alleged negligence in allowing the cow to stray upon the railroad track. The case was tried before Catherwood, J., who at the close of the testimony denied defendant's motion for a directed verdict, and a jury which returned a verdict for the amount demanded. From an order denying its motion for judgment notwithstanding the verdict or for a new trial, defendant appealed. Affirmed.

*Henry A. Morgan* and *F. W. Root*, for appellant.
*John F. D. Meighen* and *Bennett O. Knudson*, for respondent.

PER CURIAM.

A consideration of the record in this cause leads to the conclusion that the issues of negligence and contributory negligence, as well as the issue of proximate cause, were on the facts disclosed by the evidence questions of

[1]Reported in 179 N. W. 890.

fact and properly submitted to the jury. The verdict is supported by sufficient competent evidence, and the record presents no reversible error.

Order affirmed.